# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**OVENCIO BOULIN**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)       6:23-mj- 1399<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 20, 2022__ in the county of __Osceloa__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Rod Hyre, FBI
*Printed name and title*

Sworn and subscribed to me as true and accurate by video conference consistent with Fed R. Crim. P. 4.1. and 4(d)..

Date: 04/17/2023

*Judge's signature*

City and state:  Orlando, Florida                ROBERT NORWAY, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                                             CASE NO. 6:23-mj-1399

COUNTY OF ORANGE

## AFFIDAVIT

I, Rod Hyre, after being duly sworn, depose and state:

1. I am a Special Agent with the FBI and have been since January 2002. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) for the past 20 years. I am currently assigned to the Tampa Division Orlando Resident Agency of the FBI. I have been investigating crimes against children since 2009. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a) and (e), 2252, and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

2. This affidavit is submitted in support of a criminal complaint against OVENCIO BOULIN for a violation of 18 U.S.C. § 2252A(a)(2). Specifically, as set forth below, there is probable cause that between on or about September 20, 2022,

extending through March 21, 2023, in Osceola County, Florida, in the Middle District of Florida, OVENCIO BOULIN, knowingly distributed child pornography using a means and facility of interstate commerce, in violation of 18 U.S.C. § 2252A(a)(2).

3. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

4. It is a violation of 18 U.S.C. § 2252A(a)(2) to knowingly receive or distribute any child pornography using any means or facility of interstate or foreign commerce.

## INVESTIGATION

5. On September 20, 2022, SA Michelle Langer—acting in an undercover capacity and using a P2P (peer to peer) file-sharing program known as Bittorrent Roundup—downloaded multiple images and videos of child pornography from a computer using IP address 35.141.68.79. On September 20, 2022, the P2P file-sharing program determined IP address 35.141.68.79 was sharing a torrent with the info hash: 1cbf6c7a8ae5b857fba1d2b2326af3aa029d7c18. This torrent file references

2553 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

6. On September 20, 2022, at UTC 04:09:53 hours, SA Langer completed a single-source download from IP address 35.141.68.79. During the single-source download, SA Langer downloaded approximately 201 pictures and 2 videos, all of which were child pornography or child erotica. The videos all consisted of young females ranging between 1-7 years of age. The images predominantly consisted of prepubescent children between the ages of 1-7 years old nude and peeing or being spanked leaving visible marks on the children's body.

7. On March 16, 2023, at UTC 3:22:13 hours, SA Langer completed a single-source download from IP address 35.141.68.79. The P2P file-sharing program determined IP address 35.141.68.79 was sharing a torrent with the info hash: 5645759eb0e8129d5acb042ea1747d5b5b299354. This torrent file references 77 files, at least one of which was identified as being a file of investigative interest to child pornography investigations. During the single-source download, SA Langer downloaded approximately 11 videos, all of which were child pornography. The videos all consisted of young females ranging between 5-12 years of age. One video in particular titled, "6Yo Girl Has Sweet Orgasm When Daddy Stimulates Her Pussy With Vibrator, Sound (Pthc Babyj Hussyfan" is a 3:00 minute video which depicts a prepubescent child between the ages of 5-6 years old who was being digitally and vaginally penetrated by an adult male's penis.

8. On March 18, 2023, at UTC 3:22:13 hours, SA Langer completed a single-source download from IP address 35.141.68.79. The P2P file-sharing program determined IP address 35.141.68.79 was sharing a torrent with the info hash: 805e27c300ccb74b1fa111b0e3e865f586092a5e. This torrent file references 4964 files, at least one of which was identified as being a file of investigative interest to child pornography investigations. During the single-source download, SA Langer downloaded approximately 24 videos, all of which were child pornography. The videos all consisted of young females ranging between 3-12 years of age. One video, approximately 21:16 minutes in length titled, "001662" depicted a prepubescent female child between the ages of 3-4 years old who was being instructed to pose for the camera before being vaginally penetrated by an adult male's penis. The video continued with the female child being raped by an adult male vaginally, digitally and anally before ending with the adult male ejaculating on the child.

9. On March 21, 2023, at UTC 4:05:51 hours, SA Langer completed a single-source download from IP address 35.141.68.79. The P2P file-sharing program determined IP address 35.141.68.79 was sharing a torrent with the info hash: 0ee3d720b358ce9d4d19ed5284be569ec74faf80. This torrent file references 109 files, at least one of which was identified as being a file of investigative interest to child pornography investigations. During the single-source download, SA Langer downloaded approximately 93 videos, all of which were child pornography. The videos all consisted of young females ranging between 5-13 years of age. One video, approximately 3:28 minutes in length titled, "3boy" depicted three prepubescent

males between the ages of 9-11 years old who were engaging in oral sex with each other.

10. I have reviewed the downloaded files from the undercover sessions on September 20, 2022, March 16, 2023, March 18, 2023 and March 21, 2023. I believe, based on my training and experience, that the aforementioned files are child pornography, as defined in 18 U.S.C. § 2256.

11. A query of the IP address 35.141.68.79 was made through the American Registry for Internet Numbers (ARIN). ARIN reported that IP address 35.141.68.79 was registered to Charter Communications.

12. On September 23, 2022, a subpoena was served to Charter Communications for the IP address 35.141.68.79 to obtain certain subscriber information for the initial download date of September 20, 2022. The subscriber information in effect as of September 27, 2022.

13. Charter Communications returned the following information in response to the subpoena:

| | |
|---|---|
| Customer Name: | A.B. |
| Service Address: | XXXX Powell Ln<br>Kissimmee, FL 34744 |
| User Name: | XXXXXXBOULIN@YAHOO.COM<br>OVENCIOBOULIN@GMAIL.COM |
| Phone Number: | XXXXXX4889 |

14. On April 13, 2023, FBI, Orlando Division executed a search warrant on

XXXX Powell Lane, Kissimmee, FL 34744. OVENCIO BOULIN was present at the home and agreed to be interviewed concurrent to the execution of the federal search warrant. SA Hyre and SA Langer conducted a recorded interview of BOULIN. BOULIN stated that he did use the peer to peer file sharing program known as Bittorrent. BOULIN was asked if he received child pornography videos via Bittorrent and requested to exercise his right not to speak to the interviewing agents.

15. On April 14, 2023, SA Langer spoke with the sister of OVENCIO BOULIN via telephone. The sister is also a resident of XXXX Powell Lane and resides in the bedroom directly across from OVENCIO BOULIN. The sister mentioned that even though they live together, she did not know him very well as his demeanor was very reserved and he kept to himself. The sister described OVENCIO BOULIN as being very isolated and said that he usually just stayed in his room on the computer. The sister noted that all of the devices in his room were used solely by OVENCIO BOULIN. No one else in the family knows the passwords to his cell phone or desktop computer.

16. On April 15, 2023, SA Langer was advised and provided information by FBI command center that OVENCIO BOULIN was looking to speak with agents regarding his case and had left a cell phone number. OVENCIO BOULIN had purchased a Cricket cell phone with that phone number after the search warrant was executed.

17. On April 16, 2023, at approximately 2:46 p.m. SA Langer engaged in a recorded telephone conversation with OVENCIO BOULIN, who informed SA

Langer that he had done some soul searching and was looking to speak with agents to tell his story and talk about everything he has done. OVENCIO BOULIN asked where he could meet with agents and talk and answer questions. An interview was scheduled for the following morning at 8 a.m. at the FBI Orlando RA.

18.    On April 17, 2023, at approximately 8:00 a.m. OVENCIO BOULIN arrived at the FBI Resident Agency in Orlando, Florida. He was advised of his Miranda rights and subsequently provided a recorded statement.

19.    OVENCIO BOULIN stated that he has been looking at child pornography for the last two years. The images and videos are sometimes as young as infants. OVENCIO BOULIN uses some of the child pornography material for masturbation purposes. OVENCIO BOULIN said his addiction to child pornography grew out of an addiction to adult pornography which began in his teen age years. OVENCIO BOULIN advised that over the last two years he has used Bittorrent, TOR and Telegram for the purpose of gathering child pornography.

20.    OVENCIO BOULIN stated that he had approximately 75 college credits towards a computer technology degree. OVENCIO BOULIN said that he understood that while he was utilizing Bittorrent he was also distributing his collection of child pornography to other users on the Bittorrent network. BOULIN estimated that multiple hard drives stored in his bedroom at the time of the search warrant contained child pornography and that the FBI had collected all of them.

21.    A forensic review of the primary computer at the foot of OVENCIO BOULIN'S bed revealed the presence of the peer to peer sharing software Bittorrent.

A review of the settings file for the BitTorrent program revealed C:\Users\Ovencio\AppData\Bittorrent\Temp\ as one of the user added download paths.  A review of files in this directory revealed approximately fifty videos or images of Child Sex Abuse Material ("CSAM").  This includes the following: Received on or about 2/8/2023, entitled Mandy 8Yo.avi, was a thirteen minute and one second video of an approximately eight (8) year old female performing oral sex on an adult male.  The adult male masturbates over the female and ejaculates on the child.  On 3/17/2023, another video entitled, NEW Pthc - 11yo Tara (Tara Part 2).mpg was received. This is a one minute and forty-eight second video of an approximately 11 year old female in a bathroom with an adult male.  The female performs oral sex on the male. The male ejaculates into her mouth and she spits it into the toilet.

  22. A review of a removable hard drive connected to the main computer revealed a large collection of pornography that included a significant amount of CSAM in directories that included directory titles with the words "Jailbait", "Immoral Underages", "PTHC", and "Ukrainian Pedomom".  An initial review indicates CSAM content in excess of 100 items including infant and toddler, preteen, teen and webcam.  The following files were identified:

(Kinderkutje) (Pthc)_From VHS _ 8Yo Rape And Scream_!!!.mpg. This is a fifty-three minute and forty-eight second video of an approximately eight year old female being sexually assaulted in a variety of methods by an adult male.  During the course of the video the female child performs self masturbation while a foreign object is

inserted into her anus, the male performs oral sex on the female child, and the male anally rapes the female child.

## CONCLUSION

23. I believe there is probable cause based on the above that OVENCIO BOULIN, between on or about September 20, 2022, extending through March 21, 2023, in Osceola County, Florida, in the Middle District of Florida, knowingly distributed child pornography using a means and facility of interstate commerce, in violation of 18 U.S.C. § 2252A(a)(2).

_____
Rod Hyre, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone or videoconference consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this __17th__ day of April 2023.

_____
ROBERT NORWAY
United States Magistrate Judge